UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASALI M. RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00070-JLT (PC)<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>**45-DAY DEADLINE** |

On January 19, 2021, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) Upon a finding that Plaintiff has sufficient funds to pay the filing fee, the Court issued an Order requiring Plaintiff to show cause why her motion to proceed *in forma pauperis* should not be denied and she be required to pay the filing fee. (Doc. 5.) The Court ordered Plaintiff to respond within twenty-one (21) days or file a notice of voluntary dismissal. (*Id.* at 2.) In response, Plaintiff filed a second application to proceed *in forma pauperis*, which also indicated that Plaintiff has sufficient funds to pay the filing fee. (Doc. 6). Therefore, Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is DENIED.

///

///

///

///

1   Within **45 days** from the date of this order, Plaintiff shall pay the $402.00 filing fee or file
2  a voluntary dismissal. **No requests for extensions of time will be granted without a showing of**
3  **good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 30, 2021**              _ /s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE