UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASALI M. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON, et al.,<br><br>Defendants. | Case No. 1:21-cv-00070-JLT-BAK (GSA) (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>(Doc. 14)<br><br>Clerk of Court to close the case. |

Asali M. Richardson filed a complaint alleging that Defendants violated her Eighth Amendment rights by ignoring her CDCR 602 inmate grievances related to COVID-19, her placement in a "high risk" medical category, and treatment for an unrelated heart condition. (Doc. 1.)

Upon screening the complaint, the assigned magistrate judge determined that Plaintiff failed to state an Eighth Amendment claim based on any defendant's medical indifference to Plaintiff's exposure to and contraction of COVID, and that the deficiencies in the complaint could not be cured by amendment. (Doc. 14.) The Court issued findings and recommendations to dismiss the complaint for failure to state a claim upon which relief may be granted. (*Id.*) The Court advised that any party could file written objections to the findings and recommendations within fourteen days. (*Id.* at 4.) More than fourteen days have passed since service of the findings and recommendations, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS** that:

1. The findings and recommendations issued on May 4, 2022, (Doc. 14), are adopted in full.

2. This action is DISMISSED for failure to state a claim upon which relief can be granted; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **June 8, 2022**

                                                 *Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE